IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISMAEL ROMAN | : | CIVIL ACTION |
| AS ADMINISTRATOR OF THE | : | |
| ESTATE OF NAYELIS RUIZ | : | |
| ROMAN, a/k/a NAYELIS RUIZ, | : | |
| DECEASED, et al., | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | NO.  11-1156 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## VERDICT AND ORDER OF JUDGMENT

AND NOW, this   5th   day of December, 2013, following a bench trial in this action, and in accordance with the findings of fact and conclusions of law as set forth in my accompanying Memorandum, IT IS HEREBY ORDERED that judgment is entered in favor of the defendant and against the plaintiffs.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.